UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In re:                                                       Bankr. Case No. 21-00053-CMW-7

John T Tennyson                                           Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

Case 3:21-bk-00053    Doc 25    Filed 02/24/21    Entered 02/24/21 10:21:53    Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In re:                                                                Bankr. Case No. 21-00053-CMW-7

John T Tennyson                                                   Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 23, 2021 :

LEFKOVITZ AND LEFKOVITZ PLLC          JEANNE ANN BURTON
618 CHURCH ST STE 410                      4117 HILLSBORO PK SUITE 103116
NASHVILLE, TN  37219                        NASHVILLE, TN  37215

                                                                           By /s/ Mandy Youngblood
                                                                              Mandy Youngblood

xxxxx47372 / 1035603